```
                    FIFTH DISTRICT COURT-ST GEORGE
                   WASHINGTON COUNTY, STATE OF UTAH

               STATE OF UTAH vs. JACOB TAYLOR DOCKSTADER
CASE NUMBER 141501931 State Felony
_____

CHARGES
        Charge 1 - 76-5-103(1) - AGGRAVATED ASSAULT 2nd Degree Felony
        Offense Date: October 14, 2014
           Plea: July 15, 2015 Guilty
           Disposition: July 15, 2015 Guilty


CURRENT ASSIGNED JUDGE
        ERIC A LUDLOW


PARTIES
        Defendant - JACOB TAYLOR DOCKSTADER
        Represented by: BRYAN T ADAMSON
        Plaintiff -  STATE OF UTAH
        Represented by: BROCK R BELNAP
        Represented by: LANA TAYLOR
        Represented by: RACHELLE SHUMWAY
        Bondsman -  {REBEL BAIL BOND INC}


DEFENDANT INFORMATION
        Defendant Name: JACOB TAYLOR DOCKSTADER
        Offense tracking number: 47622741
        Date of Birth: November 29, 1992
        Law Enforcement Agency: ST GEORGE POLICE
        Prosecuting Agency: WASHINGTON COUNTY


ACCOUNT SUMMARY
        TOTAL REVENUE  Amount Due:          10.00
                       Amount Paid:         10.00
                            Credit:          0.00
                            Balance:         0.00
        PAPER BOND TOTALS  Posted:       5,000.00
                         Forfeited:          0.00
                         Exonerated:     5,000.00
                            Balance:         0.00
        REVENUE DETAIL - TYPE: AUDIO TAPE COPY
```

CASE NUMBER 141501931 State Felony
_____

                          Amount Due:           10.00
                          Amount Paid:          10.00
                        Amount Credit:           0.00
                             Balance:            0.00
             NONMONETARY BOND DETAIL - TYPE: Surety
                      Posted By: {REBEL BAIL BOND INC} (#54111)
                              Posted:        5,000.00
                           Forfeited:            0.00
                          Exonerated:        5,000.00
                             Balance:            0.00


PROCEEDINGS
10-17-14 Case filed
10-17-14 Filed: From an Information
10-17-14 Filed: Information
10-17-14 Filed: Probable Cause Statement
10-17-14 Filed: Release and Promise to Appear
10-20-14 Judge ERIC A LUDLOW assigned.
10-20-14 INITIAL APPEARANCE scheduled on October 20, 2014 at 01:30 PM in
         Courtroom 3B.
10-20-14 Bond Account created       Total Due:      5000.00
10-20-14 Bond Posted         Non-Monetary Bond:        5,000.00
10-20-14 Filed: REBEL BAIL BOND INC  5000.00
10-20-14 Note: Case assigned to Judge Ludlow - prior case.
10-20-14 TRAILING #131501162 scheduled on November 04, 2014 at 09:00 AM
         in Courtroom 2A with Judge LUDLOW.
10-20-14 Minute Entry - Minutes for Initial Appearance
         Judge:   JEFFREY C WILCOX
         PRESENT
         Clerk:   susansw
         Prosecutor: ERICKSON, M RICK
         Defendant Present

         Audio
         Tape Number:    3B   Tape Count: 2.16-2.22

         INITIAL APPEARANCE

         A copy of the Information is given to the defendant.
Printed: 12/12/17 10:10:53          Page 2

CASE NUMBER 141501931 State Felony
_____

      Defendant waives reading of Information.

      Advised of charges and penalties.

      The defendant is advised of right to counsel.

      The defendant is advised that this offense may be used as an
enhancement to the penalties for a subsequent offense.

      Defendant is present. Defendant to hire own counsel. Case is set to
trail #131501162 on 11/04/14.

      TRAILING #131501162 is scheduled.

           Date: 11/04/2014

           Time: 09:00 a.m.

           Location: Courtroom 2A

                 St. George Courthouse

                 206 West Tabernacle

                 St. George UT, UT  84770

    Before Judge: ERIC A LUDLOW

11-04-14 Minute Entry - Minutes for TRAILING 131501162

      Judge:   ERIC A LUDLOW

      PRESENT

      Clerk:   charityj

      Prosecutor: SHUMWAY, RACHELLE

      Defendant Present

      Defendant pro se


      Audio

      Tape Number:     2A   Tape Count: 1004-1006


      HEARING


      Defendant will hire his own counsel.  Roll Call set on 11/24/2014
at 2:30 PM.

      ROLL CALL 1 is scheduled.

           Date: 11/24/2014

           Time: 02:30 p.m.

           Location: Courtroom 3B

                 St. George Courthouse

                 206 West Tabernacle

                 St. George, UT  84770

11-17-14 ROLL CALL 1 scheduled on November 24, 2014 at 02:30 PM in
      Courtroom 3B.

Printed: 12/12/17 10:10:54          Page 3

CASE NUMBER 141501931 State Felony
_____

11-24-14 Minute Entry - Minutes for Appointment of Counsel
          Judge:   ERIC A LUDLOW
          PRESENT
          Clerk:   michellh
          Prosecutor: SHUMWAY, RACHELLE
          Defendant not present


          Audio
          Tape Number:     3B    Tape Count: 2.38/2.39

          HEARING

           Defendant requests appointed counsel.  Michael Lastowski is
          appointed.  Roll Call 2 is heard.  Matter to be set for Roll Call 2
          is set 12/8/14.
          APPOINTMENT OF COUNSEL


          Court finds the defendant indigent and appoints MICHAEL V LASTOWSKI
          to represent the defendant.

          Appointed Counsel:

              Name: MICHAEL V LASTOWSKI
           Address: 132 W TABERNACLE BLDG A
              City: ST GEORGE UT 84770
             Phone: (435)673-5239

          ROLL CALL 2 is scheduled.
             Date: 12/08/2014
             Time: 02:30 p.m.
             Location: Courtroom 3B
                     St. George Courthouse
                     206 West Tabernacle
                     St. George, UT  84770
11-26-14 ROLL CALL 1 scheduled on December 08, 2014 at 02:30 PM in
          Courtroom 3B.
11-26-14 ROLL CALL 1 Modified.
Printed: 12/12/17 10:10:54        Page 4

CASE NUMBER 141501931 State Felony
_____
11-26-14 ROLL CALL 2 scheduled on December 08, 2014 at 02:30 PM in
         Courtroom 3B.
12-01-14 Filed: Request for Discovery
12-01-14 Filed: Return of Electronic Notification
12-08-14 Minute Entry - Minutes for Roll Call 2
         Judge:   G MICHAEL WESTFALL
         PRESENT
         Clerk:    susansw
         Prosecutor: ERICKSON, M RICK
         Defendant Present

         Audio
         Tape Number:    3B   Tape Count: 2.45-2.46

         Roll call 2 heard today. Roll call 2 set for 12/22/14. Atty B
         Adamson enters appearance as counsel.


         ROLL CALL 2.
             Date: 12/22/2014
             Time: 02:30 p.m.
             Location: Courtroom 3B
                      St. George Courthouse
                      206 West Tabernacle
                      St. George, UT  84770
12-11-14 ROLL CALL 2 scheduled on December 22, 2014 at 02:30 PM in
         Courtroom 3B.
12-22-14 Minute Entry - Minutes for Roll Call 2
         Judge:   ERIC A LUDLOW
         PRESENT
         Clerk:    michellh
         Prosecutor: GENTRY, ERIC R
         Defendant not present
         Defendant's Attorney(s): ADAMSON, BRYAN T


         Audio
         Tape Number:    3B   Tape Count: 2:03/2:04

CASE NUMBER 141501931 State Felony
_____

        Roll Call 2 is heard.  Matter to be set for Preliminary Hearing.


        PRELIMINARY HEARING is scheduled.
                Date: 01/06/2015
                Time: 09:00 a.m.
                Location: Courtroom 2A
                          St. George Courthouse
                          206 West Tabernacle
                          St. George UT, UT  84770
            Before Judge: ERIC A LUDLOW
12-23-14 PRELIMINARY HEARING scheduled on January 06, 2015 at 09:00 AM
        in Courtroom 2A with Judge LUDLOW.
01-06-15 Minute Entry - Minutes for Waive Prelim Hearing
        Judge:   ERIC A LUDLOW
        PRESENT
        Clerk:    charityj
        Prosecutor: SHUMWAY, RACHELLE
        Defendant Present
        Defendant's Attorney(s): ADAMSON, BRYAN T

        Audio
        Tape Number:     2A   Tape Count: 959-1016

        TIME: 9:59-10:01 AM  Jury trial requested.  The Defendant waived
        his right to a Preliminary Hearing.  The State concurred with the
        waiver.  A 2 day jury trial was requested.  Mr. Adamson is not
        present.  Clerk will set and send notice.

        TIME: 10:14-10:16  AM  The Court recalled this matter.  Mr. Adamson
        was present at this time.  Final Pretrial Conference set on
        2/3/2015 at 11 AM and 2 day Jury Trial set on 2/11 -2/12/2015 at
        8:30 AM.  Mr. Adamson will notify the Defendant of the dates.


        FINAL PRETRIAL CONFERENCE is scheduled.
                Date: 02/03/2015
                Time: 11:00 a.m.
                Location: Courtroom 2A

CASE NUMBER 141501931 State Felony
_____

                          St. George Courthouse
                          206 West Tabernacle
                          St. George UT, UT  84770
          Before Judge: ERIC A LUDLOW


          2 DAY JURY TRIAL is scheduled.
                Date: 02/11/2015
                Time: 08:30 a.m.
                Location: Courtroom 2A
                          St. George Courthouse
                          206 West Tabernacle
                          St. George UT, UT  84770
          Before Judge: ERIC A LUDLOW


          2 DAY JURY TRIAL.
                Date: 02/12/2015
                Time: 08:30 a.m.
                Location: Courtroom 2A
                          St. George Courthouse
                          206 West Tabernacle
                          St. George UT, UT  84770
          Before Judge: ERIC A LUDLOW
01-08-15 FINAL PRETRIAL CONFERENCE scheduled on February 03, 2015 at
          11:00 AM in Courtroom 2A with Judge LUDLOW.
01-08-15 2 DAY JURY TRIAL scheduled on February 11, 2015 at 08:30 AM in
          Courtroom 2A with Judge LUDLOW.
01-08-15 2 DAY JURY TRIAL scheduled on February 12, 2015 at 08:30 AM in
          Courtroom 2A with Judge LUDLOW.
01-29-15 Filed: Motion Stipulated Motion to Continue Jury Trial
          Filed by: DOCKSTADER, JACOB TAYLOR
01-29-15 Filed: Order (Proposed) Order to Continue Jury Trial
01-29-15 Filed: Return of Electronic Notification
02-02-15 Filed order: Order to Continue Jury Trial
                    Judge ERIC A LUDLOW
                    Signed February 02, 2015
02-02-15 FINAL PRETRIAL CONFERENCE scheduled on March 31, 2015 at 11:00
          AM in Courtroom 2A with Judge LUDLOW.
02-02-15 Note: Reason: Court grants continuance as stipulated by
                Counsel. Stipulation of parties motion.

CASE NUMBER 141501931 State Felony

---

02-02-15 2 DAY JURY TRIAL continued to April 08, 2015 at 08:30 AM in
         Courtroom 2A with Judge LUDLOW.
02-02-15 2 DAY JURY TRIAL continued to April 09, 2015 at 08:30 AM in
         Courtroom 2A with Judge LUDLOW.
02-02-15 Note: Reason: Court grants continuance as stipulated by
              Counsel. Stipulation of parties motion.
02-02-15 Filed: Return of Electronic Notification
03-06-15 Filed: Plaintiffs Notice of Expert Witness
03-06-15 Filed: Request for Discovery
03-06-15 Filed: Return of Electronic Notification
03-10-15 Filed: Certificate of Service of Discovery Answers
03-10-15 Filed: Return of Electronic Notification
03-13-15 2 DAY JURY TRIAL Modified.
         Reason: Stipulation of counsel
03-13-15 2 DAY JURY TRIAL scheduled on April 08, 2015 at 08:30 AM in
         Courtroom 2A with Judge LUDLOW.
03-19-15 Filed: Plaintiffs Witness List
03-19-15 Filed: Return of Electronic Notification
03-31-15 Note: DEF waived his right to a jury trial.  Requested bench
              trial.
03-31-15 2 DAY JURY TRIAL Cancelled.
         Reason: Stipulation of counsel
03-31-15 FINAL PRETRIAL CONFERENCE scheduled on May 26, 2015 at 11:00 AM
         in Courtroom 2A with Judge LUDLOW.
03-31-15 Minute Entry - Minutes for Pretrial Conference
         Judge:   ERIC A LUDLOW
         PRESENT
         Clerk:    charityj
         Prosecutor: SHUMWAY, RACHELLE
         Defendant Present
         Defendant's Attorney(s): ADAMSON, BRYAN T

         Audio
         Tape Number:    2A   Tape Count: 1103-1120

         Counsel was present.  This matter is ready for trial.  Counsel
         denied any outstanding motions.

         This case is assigned priority #2.  Cut off for resolution is

CASE NUMBER 141501931 State Felony

---

4/7/2015, at 11 AM.  Jury Instructions must be filed by that time.

TIME: 11:13-11:20 AM
Case recalled.  Counsel requested a bench trial instead of a jury
trial.  Matter will be special set for one day bench trial on
5/27/2015, at 9 AM.  Final Pretrial Conference is on 5/26/2015, at
11 AM.


SPEC SET FULL DAY BENCH TRIAL is scheduled.
        Date: 05/27/2015
        Time: 09:00 a.m.
        Location: Courtroom 2A
                St. George Courthouse
                206 West Tabernacle
                St. George UT, UT  84770
        Before Judge: ERIC A LUDLOW
04-01-15 SPEC SET FULL DAY BENCH TRIAL scheduled on May 27, 2015 at
        09:00 AM in Courtroom 2A with Judge LUDLOW.
04-16-15 SPEC SET FULL DAY BENCH TRIAL Modified.
        Reason: Wrong Courtroom
04-16-15 SPEC SET FULL DAY BENCH TRIAL scheduled on May 27, 2015 at
        09:00 AM in Courtroom 2A with Judge LUDLOW.
05-05-15 Filed: Amended Witness List
05-05-15 Filed: Return of Electronic Notification
05-06-15 Filed: Defendants Witness List
05-06-15 Filed: Return of Electronic Notification
05-06-15 Filed: Motion to Bifurcate Damages Portion of Trial
        Filed by: DOCKSTADER, JACOB TAYLOR
05-06-15 Filed: Return of Electronic Notification
05-06-15 Filed: Motion in Limine
        Filed by: DOCKSTADER, JACOB TAYLOR
05-06-15 Filed: Return of Electronic Notification
05-15-15 Filed: Objection to States Objection to Defendants Motions and
        Memo
05-15-15 Filed: Second Amended Witness List
05-15-15 Filed: Return of Electronic Notification
05-26-15 SPEC SET FULL DAY BENCH TRIAL scheduled on July 15, 2015 at
        09:00 AM in Courtroom 2A with Judge LUDLOW.

CASE NUMBER 141501931 State Felony

---

05-26-15 Minute Entry - Minutes for  continued
          Judge:   ERIC A LUDLOW
          PRESENT
          Clerk:    charityj
          Prosecutor: SHUMWAY, RACHELLE
          Defendant not present
          Defendant's Attorney(s): ADAMSON, BRYAN T


          Audio
          Tape Number:     2A   Tape Count: 1112-1121

          CONTINUANCE

          Whose Motion:
          The Stipulation of counsel.
          Reason for continuance:
           Court grants continuance as stipulated by Counsel.
          The motion is granted.
          Counsel was present.  The Court has reviewed all motions filed in
          this matter.  The Court denied the Motion in Limine for
          Bifurcation.

          Mr. Adamson reported they will stipulate to the injuries and
          requested the Court reconsider the Motion.

          The Court will take the matter under advisement.

          Bench Trial scheduled for tomorrow is continued.  Court set Final
          Pretrial on 7/14/2015, at 11 a.m.  Bench Trial rescheduled on
          7/15/2015, at 9 a.m.


          SPEC SET FULL DAY BENCH TRIAL is scheduled.
               Date: 07/15/2015
               Time: 09:00 a.m.
               Location: Courtroom 2A
                       St. George Courthouse
                       206 West Tabernacle

CASE NUMBER 141501931 State Felony
_____

```
                    St. George UT, UT  84770
        Before Judge: ERIC A LUDLOW


        FINAL PRETRIAL CONFERENCE is scheduled.
              Date: 07/14/2015
              Time: 11:00 a.m.
              Location: Courtroom 2A
                        St. George Courthouse
                        206 West Tabernacle
                        St. George, UT  84770
        Before Judge: ERIC A LUDLOW
05-26-15 FINAL PRETRIAL CONFERENCE scheduled on July 14, 2015 at 11:00
         AM in Courtroom 2A with Judge LUDLOW.
05-26-15 SPEC SET FULL DAY BENCH TRIAL Cancelled.
05-27-15 Note: SPEC SET FULL DAY BENCH TRIAL calendar modified.
07-07-15 SPEC SET FULL DAY BENCH TRIAL Modified.
07-07-15 SPEC SET FULL DAY BENCH TRIAL scheduled on July 15, 2015 at
         09:00 AM in Courtroom 2A with Judge LUDLOW.
07-14-15 Minute Entry - Minutes for FINAL PRETRIAL CONFERENCE
        Judge:   ERIC A LUDLOW
        PRESENT
        Clerk:    charityj
        Prosecutor: SHUMWAY, RACHELLE
        Defendant not present
        Defendant's Attorney(s): ADAMSON, BRYAN T



        Audio
        Tape Number:    2A   Tape Count: 1059-1102


        Counsel was present and ready to proceed to full day bench trial
        tomorrow.


        The Court denied the request for motion in limine filed 5/6/2015.



07-14-15 Filed: Amended Information
```

CASE NUMBER 141501931 State Felony

---

07-14-15 Filed: Return of Electronic Notification
07-15-15 Minute Entry - Minutes for Bench Trial
        Judge:   ERIC A LUDLOW
        PRESENT
        Clerk:   charityj
        Prosecutor: SHUMWAY, RACHELLE
        Defendant Present
        Defendant's Attorney(s): ADAMSON, BRYAN T
        Interpreter: Yadira Call (Spanish)

        Language: Spanish
        Audio
        Tape Number:    2A   Tape Count: 900-146

        All parties were present.  The Court confirmed with Mr. Dockstader
        (Defendant) that he understands his right to a jury trial and is
        waiving that right.  The Defendant confirmed.

        TIME: 9:02 AM  Ms. Shumway informed the Court of a change in the
        language in the charging documents.  Mr. Adamson concurred.

        Ms. Shumway began opening statement.

        TIME: 9:03 AM   Exclusionary Rule invoked.  All potential witnesses
        (investigating officer allowed to remain) were excused from the
        courtroom until called upon.

        TIME: 9:05 AM   Mr. Adamson made record of objection.  The Court
        over-ruled the objection.

        TIME: 9:06 AM   Ms. Shumway requested to proffer testimony of Dr.
        Berkeley Bate.

        TIME: 9:13 AM   Ms. Shumway concluded proffer of Dr. Bate's
        testimony.  Mr. Adamson accepted the proffered testimony.

        TIME: 9:14 AM   Ms. Shumway called Mr. Thomas Brooks to the stand
        to testify.  He was sworn under oath by the clerk prior to taking
        the stand.

CASE NUMBER 141501931 State Felony

---

Ms. Shumway began examination of this witness.

TIME: 9:17 AM   Mr. Adamson objected to lack of foundation.  The Court sustained the objection.  Ms. Shumway resumed examination.

TIME: 9:19 AM   Mr. Brooks identified Mr. Dockstader (Defendant) in open court.

Ms. Shumway resumed examination of this witness.

TIME: 9:22 AM   Mr. Adamson reasserted his objection to photographs (State's Exhibit #1, 4 photographs).
TIME: 9:23 AM   Mr. Adamson again objected, stated they will stipulate and there is no need to lay foundation regarding the photographs.

TIME: 9:24 AM   Ms. Shumway offered State's Exhibit #1 into evidence.  Mr. Adamson offered the same objection.  The Court received this exhibit.

TIME: 9:28 AM  Ms. Shumway concluded examination of this witness.  Mr. Adamson began cross.

TIME: 9:31 AM   Ms. Arras objected to argumentative.  The Court sustained the objection.

Ms. Arras objected to asked and answered.  The Court sustained the objection.

Mr. Adamson resumed cross.

TIME: 9:34 AM   Mr. Adamson concluded cross.  Ms. Shumway began redirect.

TIME: 9:35 AM   Ms. Shumway concluded redirect.  Mr. Adamson began recross.

Mr. Adamson concluded recross.  Ms. Shumway denied further

CASE NUMBER 141501931 State Felony

---

questions for this witness.  This witness was excused from  the stand.

TIME: 9:36 AM   Ms. Shumway called Mr. Byron Brooks to the stand to testify.  He was sworn under oath by the clerk prior to taking the stand.

Ms. Shumway began examination of this witness.

TIME: 9:40 AM   Ms. Shumway concluded examination of this witness. Mr. Adamson declined cross.  This witness was excused from the stand and allowed to remain in the courtroom.

Ms. Shumway called Mr. Francisco Roa to the stand to testify.  The clerk administered the Oath to Interpreter to Ms. Call (interpreter).  Mr. Roa was sworn under oath by the clerk prior to taking the stand.

Ms. Shumway began examination of this witness.

TIME: 9:46 AM  Mr. Roa identified Mr. Dockstader (Defendant) in open court.

TIME: 9:47 AM  Mr. Roa identified Mr. Brooks (victim) in open court.

TIME: 9:56 AM  Ms. Shumway concluded examination of this witness. Mr. Adamson began cross.

TIME: 10:00 AM  Mr. Adamson concluded cross.  Ms. Shumway began redirect.

TIME: 10:01 AM   Ms. Shumway concluded redirect.  This witness was excused from the stand and released.  He may remain in the courtroom.

Court in recess.

TIME: 10:29 AM   Court back in session.

CASE NUMBER 141501931 State Felony

---

Ms. Shumway called Brandon Roa to the stand to testify.

TIME: 10:30 AM  He was sworn under oath by the clerk prior to taking the stand.

Ms. Arras began examination of this witness.

TIME: 10:32 AM   Brandon Roa identified the defendant and the victim in open court.

TIME: 10:35 AM   Ms. Arras concluded examination of this witness. Mr. Adamson began cross.

TIME: 10:41 AM   Mr. Adamson concluded cross.  Ms. Arras began redirect.

Ms. Arras concluded redirect and requested this witness be released and allowed to remain in the courtroom.  The Court granted the request.

TIME: 10:42 AM   Counsel stipulate to Ms. Leslie Roa's testimony being the same as Brandon Roa's.

Ms. Shumway called Officer Sean Carter (St. George Police Department) to the stand to testify.  He was sworn under oath by the clerk prior to taking the stand.

TIME: 10:43 AM   Ms. Shumway began examination of this witness.

TIME: 10:54 AM   Ms. Shumway concluded examination of this witness. Mr. Adamson began cross examination.

TIME: 10:56 AM  Ms. Arras objected to hearsay.  The Court sustained the objection.

Mr. Adamson referred to U.C.A. 76-2-402.

Counsel presented argument.

CASE NUMBER 141501931 State Felony

---

TIME: 10:59 AM   Mr. Adamson made a motion to continue the trial at this time.  The Court denied the request.  Trial will proceed.

Mr. Adamson resumed cross examination.

TIME: 10:59 AM   Mr. Adamson concluded cross.  Ms. Shumway declined redirect.  Officer Carter was excused from the stand.

TIME: 11:00 AM   The State rested at this time.

Mr. Adamson called Joe Hansen to the stand to testify.  Mr. Hansen was sworn under oath by the clerk prior to taking the stand.

TIME: 11:01 AM   Ms. Shumway objected prior to testimony, of this witness testifying to the actual incident that took place.

Mr. Adamson submitted on the Court's prior ruling.

TIME: 11:02 AM   Mr. Adamson began examination of this witness.

TIME: 11:04 AM   Mr. Shumway objected.  The Court over-ruled the objection.

TIME: 11:05 AM   Ms. Arras objected to hearsay.  The Court sustained the objection.

TIME: 11:07 AM   Mr. Adamson concluded examination of this witness. Ms. Arras began cross examination.

TIME: 11:09 AM  Ms. Arras concluded cross.  Mr. Adamson began redirect.

TIME: 11:09 AM   Ms. Arras objected to hearsay.  The Court sustained the objection.

TIME: 11:10 AM   Mr. Adamson concluded redirect.  This witness was excused from the stand.

CASE NUMBER 141501931 State Felony
_____

Mr. Adamson called Colten Beard to the stand to testify.

TIME: 11:11 AM   Mr. Beard was sworn under oath by the clerk prior to taking the stand.

TIME: 11:12 AM   Mr. Adamson began examination of this witness.

TIME: 11:18 AM   Mr. Adamson concluded examination of this witness. Ms. Arras began cross.

TIME: 11:19 AM   Ms. Arras concluded cross.  Mr. Adamson requested to release this witness.

TIME: 11:20 AM   Mr. Adamson called Jordan Dockstader to the stand to testify.  He was sworn under oath by the clerk prior to taking the stand.

TIME: 11:21 AM   Mr. Adamson began examination of this witness.

TIME: 11:22 AM   Jordan Dockstader identified Thomas Brooks in open court.

Mr. Adamson resumed examination of this witness.

TIME: 11:29 AM   Mr. Adamson concluded examination of this witness. Ms. Shumway began cross.

TIME: 11:38 AM   Ms. Shumway concluded cross.  This witness was excused and released.  He remained in the courtroom.  Mr. Adamson called the Defendant, Mr. Jacob Dockstader, to the stand to testify.  He was sworn under oath by the clerk prior to taking the stand.

Mr. Adamson began examination of the defendant.

TIME: 11:42 AM   Mr. Adamson concluded examination.  Ms. Shumway began cross.

TIME: 11:47 AM  Ms. Shumway concluded cross.  Mr. Adamson declined

CASE NUMBER 141501931 State Felony
_____

redirect.   The Defendant was excused from the stand.

The Defense rested.   The State will call rebuttal witnesses.

Court in recess.

TIME: 11:55 AM  Court back in session.

Ms. Arras reported they will not be calling rebuttal witnesses.

Court in recess until 1:30 p.m.

TIME: 1:29 PM   Court is back in session.

Ms. Shumway started closing argument.

TIME: 1:32 PM  Ms. Shumway concluded closing argument.  Mr. Adamson
began closing.

TIME: 1:41 PM   Mr. Adamson concluded closing argument.

TIME: 1:44 PM   The Court finds the Defendant guilty beyond a
resonable doubt as charged.

Defendant was remanded to the custody of the Washington County
Sheriff's Office and will remain incarcerated until Sentencing on
8/25/2015, at 8:30 a.m.

A PSI was requested.

No bail.

OFF RECORD:  Return exhibit #1 to the State.


SENTENCING /PSI is scheduled.
      Date: 08/25/2015
      Time: 08:30 a.m.
      Location: Courtroom 2A

```
CASE NUMBER 141501931 State Felony
```
---
```
                        St. George Courthouse
                        206 West Tabernacle
                        St. George UT, UT  84770
          Before Judge: ERIC A LUDLOW
07-15-15 Charge 1  Disposition is Guilty
07-15-15 SENTENCING /PSI scheduled on August 25, 2015 at 08:30 AM in
          Courtroom 2A with Judge LUDLOW.
07-15-15 Filed: Agency Referral Form (PSI)
07-15-15 Notice - Final Exhibit List
08-12-15 **** PROTECTED **** Filed: Pre Sentence Investigation Report
08-24-15 Filed: Letter to the Court from def's mother
08-25-15 Minute Entry - Minutes for SENTENCING
          Judge:   ERIC A LUDLOW
        PRESENT
        Clerk:    charityj
        Prosecutor: ERICKSON, M RICK
        Defendant Present
        Defendant's Attorney(s): ADAMSON, BRYAN T

        Audio
        Tape Number:    2A   Tape Count: 832-839

        All parties were present and given an opportunity to address the
        Court prior to sentencing.

        Sentence imposed and right to appeal given.


        SENTENCE PRISON
        Based on the defendant's conviction of AGGRAVATED ASSAULT a 2nd
        Degree Felony, the defendant is sentenced to an indeterminate term
        of not less than one year nor more than fifteen years in the Utah
        State Prison.
        The prison term is suspended.

        SENTENCE JAIL
        Based on the defendant's conviction of AGGRAVATED ASSAULT a 2nd
        Degree Felony, the defendant is sentenced to a term of 210 day(s)
        Credit is granted for time served.
```

CASE NUMBER 141501931 State Felony

---

Credit is granted for 43 day(s) previously served.

SENTENCE JAIL SUSPENDED NOTE

210 days in jail with credit for time served,  Balance of jail time is suspended.  Release today.

SENTENCE FINE

Charge # 1        Fine: $10000.00

            Suspended: $9957.00

            Surcharge: $37.74

                  Due: $43.00


            Total Fine: $10000.00

        Total Suspended: $9957.00

        Total Surcharge: $37.74

    Total Principal Due: $43.00

                  Plus Interest

COMMUNITY SERVICE

Complete 50 hour(s) of community service.

ORDER OF PROBATION

The defendant is placed on probation for 36 month(s).

Probation is to be supervised by Adult Probation and Parole.

Defendant to serve 210 day(s) jail.


Defendant is to pay a fine of 43.00 which includes the surcharge.

Interest may increase the final amount due.

PROBATION CONDITIONS

Commit no law violations during the term of probation.

Sign agreement with AP&P and abide by its terms.

No use or possession of alcohol

No use or possession of controlled substance.

Do not frequent establishments or associate with those who use alcohol or controlled substance.

Submit to DNA testing as required by statute and pay the required fee for same.

Complete AP&P Orientation within 60 days.

Agree to waive extradition from any jurisdiction outside of the State of Utah.

Sign a consent to release treatment information for any and all treatment providers of mental and/or physical health to the office of Adult Probation and Parole.

CASE NUMBER 141501931 State Felony

---

Abide by curfew as deemed appropriate by Adult Probation and
Parole.

Do not have in your possession or under your control any facsimile,
reproduction or imitation of any firearm during the term of
probation.

Pay full restitution as ordered or in an amount as to be
determined.

Obtain anger management evaluation and follow any recommended
treatment of counseling.

The Court orders under Utah code 76-3-201(6)(a)(i), all of the pay
to stay fees at the Washington County Jail are waived/dismissed.

Submit to warrantless searches of your person and property and/or
to testing of breath and/or bodily fluids upon request of any
probation officer who has reasonable suspicion that you have
committed a probation violation.

Do not possess or consume any Spice or any other synthetic
marijuana, hemp product, extract or intoxicating type substance
capable of causing euphoria, or associate with those that do.

Bail posted in this matter is exonerated or refunded to the payor.

Agree to and follow requirements of the violation/reward matrix as
directed by AP&P.

Keep the court advised of your current address at all times and
notify the court of any change of address within 48 hours of the
change.

Report to AP&P immediately upon release.

Restitutin in $5908.05 ordered.  Payments to be made through AP&P.

CUSTODY

The defendant is remanded to the custody of the Washington County
Jail.

08-25-15 Bond Exonerated                                    -5,000.00
08-25-15 Filed order: Signed Minutes- Sentence, Judgment, Commitment
              Judge ERIC A LUDLOW
              Signed August 25, 2015
08-26-15 **** PRIVATE **** Filed: Judgment Information Statement -
08-26-15 Filed: Judgment - Criminal (Proposed) Restitution Judgment and
         Sentence
08-26-15 Filed: Return of Electronic Notification
08-27-15 Filed order: Judgment - Criminal Restitution Judgment and

CASE NUMBER 141501931 State Felony
_____

```
         Sentence
                 Judge ERIC A LUDLOW
                 Signed August 27, 2015
08-27-15 Filed: Return of Electronic Notification
10-27-15 Filed: Objection to Adult Probation and Paroles Request to
         Convert Probation and Request for Hearing
10-27-15 Filed: Return of Electronic Notification
10-28-15 REVIEW HEARING scheduled on November 02, 2015 at 08:45 AM in
         Courtroom 2A with Judge LUDLOW.
10-28-15 Notice - NOTICE for Case 141501931 ID 17025391
         REVIEW HEARING is scheduled.
                 Date: 11/02/2015
                 Time: 08:45 a.m.
                 Location: Courtroom 2A
                         St. George Courthouse
                         206 West Tabernacle
                         St. George UT, UT  84770
         Before Judge: ERIC A LUDLOW
10-28-15 Filed: Notice for Case 141501931 ID 17025391
11-02-15 Minute Entry - Minutes for Review Hearing
         Judge:   ERIC A LUDLOW
         PRESENT
         Clerk:     charityj
         Prosecutor: ERICKSON, M RICK
         Defendant not present
         Agency: Adult Probation and Parole


         Audio
         Tape Number:    2A   Tape Count: 851-852

         The Court denied AP&P's request to convert this case to bench
         probation.  Defendant will remain under the supervision of AP&P.

         Representative from AP&P was present at the time of this hearing.


11-16-16 Fee Account created      Total Due:         10.00
11-16-16 AUDIO TAPE COPY          Payment Received:        10.00
Printed: 12/12/17 10:10:58        Page 22
```

CASE NUMBER 141501931 State Felony
_____
04-04-17 Filed: Request for Hearing
04-04-17 Filed: Return of Electronic Notification
04-05-17 REVIEW HEARING scheduled on April 25, 2017 at 09:00 AM in
         Courtroom 2A with Judge LUDLOW.
04-05-17 Notice - NOTICE for Case 141501931 ID 18165027
         REVIEW HEARING is scheduled.
                Date: 04/25/2017
                Time: 09:00 a.m.
                Location: Courtroom 2A
                          St. George Courthouse
                          206 West Tabernacle
                          St. George UT, UT  84770
         Before Judge: ERIC A LUDLOW
04-05-17 REVIEW HEARING Modified.
04-05-17 REVIEW HEARING scheduled on April 25, 2017 at 09:00 AM in
         Courtroom 2A with Judge LUDLOW.
04-05-17 Filed: Notice for Case 141501931 ID 18165027
04-25-17 Minute Entry - REVIEW HEARING
         Judge:   ERIC A LUDLOW
         PRESENT
         Clerk:   patrickd
         Prosecutor: ERICKSON, M RICK
         Defendant Present

         Tape Number:     2A   Tape Count: 9:35-9:37

         The Spanish interpreter is not need for this case. The State
         objects to the Early Termination of Probation, because the
         Defendant still owes restitution. The Court Denies the request for
         early termination.


05-16-17 Filed: Motion for Restitution for UOVC
         Filed by: STATE OF UTAH,
05-16-17 Filed: Return of Electronic Notification
06-02-17 Filed: Order of Restitution (Proposed) for UOVC
06-02-17 Filed: Notice to Submit
06-02-17 Filed: Return of Electronic Notification
06-02-17 Filed: Return of Electronic Notification
Printed: 12/12/17 10:10:59          Page 23

```
CASE NUMBER 141501931 State Felony
───────────────────────────────────────────────────────────────────
06-07-17 Filed order: Judgment - Criminal:  Restitution
                   Judge ERIC A LUDLOW
                   Signed June 07, 2017
06-07-17 Filed: Return of Electronic Notification
06-08-17 Judgment #1 Entered $ 15085.99
             Creditor: UT VICTIMS OF CRIME
             Debtor:   JACOB TAYLOR DOCKSTADER
                   15,085.99 Restitution
                   15,085.99 Judgment Grand Total
12-01-17 **** SEALED **** Filed: Judge's Note
12-01-17 Filed order: Request and Order Terminating Probation- Granted
                   Judge ERIC A LUDLOW
                   Signed December 01, 2017
```